# Third District Court of Appeal

**State of Florida**

Opinion filed June 15, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1450
Lower Tribunal No. 13-10961
_____


**Melinda Selyem,**
Appellant,

vs.

**Nathalie's Hair & Color Studio II, Inc., a Florida corporation; and
Ana C. Miguez, and Nathalie A. Hernandez, individually,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Remer & Georges-Pierre, Anthony M. Georges-Pierre and Peter M. Hoogerwoerd, for appellant.

Law Offices of Isaac Benmergui, and Lauren Luck, for appellees.


Before WELLS, SALTER and SCALES, JJ.

WELLS, Judge.

We affirm the order dismissing Melinda Selyem's complaint with prejudice, but dismiss Selyem's appeal of the order granting entitlement to attorney's fees as premature. See Tower Hill Prime Ins. Co. v. Torralbas, 176 So. 3d 374 (Fla. 3d DCA 2015) ("An order that merely determines entitlement to attorney's fees without actually awarding an amount of fees is not final and, therefore, not appealable.").